# CHULSKY ♦ KAPLAN, LLC

**ATTORNEYS AT LAW**

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

280 Prospect Avenue, 6G
Hackensack, NJ  07601
Voice: (877) 827-3395
Fax:   (877) 827-3394

---

September 29, 2020

The Honorable Michael A. Shipp
U.S. District Judge
United States District Court
Trenton, NJ 08608

      Re:    **Coleman v. AR Resources, Inc. et al**
               **3:20-cv-09612-MAS-DEA**

Dear Judge Shipp,

    I represent the Plaintiff in the above-referenced matter.

    I am pleased to report that the Plaintiff and Defendant have reached an amicable resolution in this matter and in accordance with Local Civ. R. 41.1(b) am notifying the Court.

    The parties request that the Court enter a 60 day administrative order terminating the case and any other pending motions, conferences or other activities.

                          Respectfully submitted,

                          */s Ben A. Kaplan*
                          Ben A. Kaplan, Esq.

cc:    All Counsel of Record (via ECF)