Ben A. Kaplan
**CHULSKY KAPLAN LLC**
280 Prospect Ave. 6G
Hackensack, NJ 07601
Phone: (877) 827-3395 ex 102
Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEFELI COLEMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>AR RESOURCES, INC. and JOHN DOES 1-25,<br><br><br>Defendant(s). | Civil Case:3:20-cv-09612-MAS-DEA<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the within matter is hereby dismissed against Defendant, in the above captioned matter, **with prejudice** and dismiss the claims on behalf of the putative class without prejudice.

| | |
|---|---|
| *s/ Ben A. Kaplan*<br>Ben A. Kaplan, Esq.<br>CHULSKY KAPLAN LLC<br>280 Prospect Ave. 6G<br>Hackensack, NJ 07601<br>Phone: (877) 827-3395 ex 102<br>ben@chulskykaplanlaw.com<br>Attorneys for Plaintiff<br>Dated: November 17, 2020 | *s/ Mark R. Fischer*<br>Mark R. Fischer, Jr. Esq.<br>HIGH SWARTZ, LLP<br>40 East Airy Street<br>Norristown, PA 19404<br>Telephone (610) 275-0700<br>mfischer@highswartz.com<br>Attorneys for Defendant<br>Dated: November 17, 2020 |

So Ordered this 18th day of November, 2020.

_____
**Honorable Michael A. Shipp, U.S.D.J.**